UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARTIN DOWDALL | * | CIVIL ACTION NO. 20-701 |
| | * | |
| | * | SECTION: "R"(1) |
| VERSUS | * | |
| | * | JUDGE SARAH S. VANCE |
| | * | |
| SOCIAL SECURITY ADMINISTRATION | * | MAGISTRATE JUDGE |
| | * | JANIS VAN MEERVELD |
| ************************************** | * | |

## REPORT AND RECOMMENDATION

Plaintiff filed this lawsuit on February 28, 2020. Because there was no evidence in the record that the defendant had been served,[1] on June 2, 2020, the Court set this matter on its Call Docket and required that by July 1, 2020, plaintiff file into the record returns of service of process that have been effected on the defendant or show good cause in writing as to why service had not been effected and/or why his claims should not be dismissed for failure to prosecute. Plaintiff failed to file returns of service of process or a written explanation for his failure to complete service.

"[A] federal district court possesses the inherent authority to dismiss an action for want of prosecution, which it may exercise on its own motion when necessary to maintain the orderly administration of justice." Gonzalez v. Firestone Tire & Rubber Co., 610 F.2d 241, 247 (5th Cir. 1980). Plaintiff's failure to serve the defendant and Plaintiff's failure to comply with this court's order to show good cause for failure to do so demonstrates a clear record of delay. Accordingly,

IT IS RECOMMENDED that plaintiff's Complaint be dismissed without prejudice.

---

[1] Federal Rule of Civil Procedure 4(m) requires that the defendant be served within 90 days after the complaint is filed.

1

## **OBJECTIONS**

A party's failure to file written objections to the proposed findings, conclusions and recommendations in a magistrate judge's report and recommendation within fourteen (14) calendar days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object.  Douglass v. United Servs. Auto. Ass'n, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

New Orleans, Louisiana, this 15th day of July, 2020.

*Janis van Meerveld*
Janis van Meerveld
United States Magistrate Judge