UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARTIN DOWDALL | CIVIL ACTION |
| VERSUS | NO. 20-701 |
| SOCIAL SECURITY ADMINISTRATION | SECTION "R" (1) |

## ORDER

Before the Court is plaintiff's *pro se* complaint, challenging defendant Social Security Administration's adverse decision.[1] The record indicates that plaintiff has failed to serve process on the defendant.

The Court issued an order, requiring the plaintiff to file the return of service into the record, or to show good cause as to why he did not serve process on the defendant.[2] The Court also ordered the plaintiff to show why his complaint should not be dismissed for failure to prosecute.[3]

Following the order, plaintiff did not file anything in into the record. The Magistrate Judge issued an unopposed Report and Recommendation ("R&R"), concluding that plaintiff's complaint should be dismissed for want

---

[1] R. Doc. 1.
[2] *See* R. Doc. 5.
[3] *See* R. Doc. 5.

of prosecution.[4] After reviewing the record and the applicable law, the Court approves the Magistrate Judge's R&R and adopts it as its opinion.

Therefore, IT IS ORDERED that plaintiff's complaint is dismissed WITHOUT PREJUDICE.

New Orleans, Louisiana, this __4th__ day of August, 2020.

*Sarah Vance*
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[4] *See* R. Doc. 6.